IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CFO MANAGEMENT HOLDINGS, LLC,[1] | § | CASE NO: 19-40426 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| DAVID and KAREN WRIGHT | § | ADVERSARY NO. 19-04096 |
| on behalf of themselves and all | § | |
| others similarly-situated, | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| v. | § | |
| | § | |
| DAVID WALLACE, AS CHAPTER 11 | § | |
| TRUSTEE FOR CFO MANAGEMENT | § | |
| HOLDINGS, LLC | § | |
| | § | |
| DEFENDANT. | § | |

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs give notice of dismissal, without prejudice, of CPIF Lending, LLC; SMS Financial Strategic Investments, LLC; and Legend Bank, N.A.

This 18th day of March, 2020.

---

[1] The following entities' bankruptcy cases and estates have been substantively consolidated with that of Debtor CFO Management Holdings, LLC (EIN# XX-XXX6987) for all purposes (see Docket No. 248): Carter Family Office, LLC (Case No. 19-40432); Christian Custom Homes, LLC (Case No. 19-40431); Double Droptine Ranch, LLC (Case No 19-40429); Frisco Wade Crossing Development Partners, LLC (Case No. 19-40427); Kingswood Development Partners, LLC (Case No. 19-40434); McKinney Executive Suites at Crescent Parc Development Partners, LLC (Case No. 19-40428); North-Forty Development LLC (Case No. 19-40430); and West Main Station Development, LLC (Case No. 19-40433).

Respectfully submitted,

*/s/ David B. Miller*
David B. Miller
Texas Bar No. 00788057
david@schneidlaw.com
SCHNEIDER MILLER REYNOLDS, P.C.
300 N. Coit Road, Suite 1125
Richardson, Texas 75080
(972) 479-1112
(972) 479-1113 (fax)

Karen L. Kellett
Texas Bar No. 11199520
kkellett@kblawtx.com
Theodore O. Bartholow III
Texas State Bar No. 24062602
thad@kblawtx.com
KELLETT & BARTHOLOW PLLC
11300 N. Central Expressway, Suite 301
Dallas, TX 75243
(214) 696-9000
(214) 696-9001 (fax)

James A. Holmes
State Bar No. 00784290
jh@jamesholmeslaw.com
THE LAW OFFICE OF JAMES HOLMES, P.C.
212 South Marshall
Henderson, Texas 75654
(903) 657-2800
(903) 657-2855 (fax)

**ATTORNEYS FOR DAVID AND KAREN WRIGHT ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY-SITUATED**