Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 19–04096
Chapter: 0
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 5/12/20 at 01:30 PM

to consider and act upon the following:

Hearing Set RE: related document(s)7 Motion to Dismiss Adversary Proceeding F. Rule 12(b)(6) Motion Filed by Perry J. Cockerell on behalf of SMS Financial Strategic Investments, LLC, 8 Motion to Dismiss Adversary Proceeding Filed by Marcus Helt on behalf of CPIF Lending, LLC, 9 Motion to Strike Filed by Marcus Helt on behalf of CPIF Lending, LLC. Hearing scheduled for 5/12/2020 at 01:30 PM at Plano Bankruptcy Courtroom. (sr)

Dated: 3/19/20

Jason K. McDonald
Clerk, U.S. Bankruptcy Court